Bohdan SENYSZYN, Petitioner,

v.

**DEPARTMENT OF THE TREASURY,** Respondent.

No. 2007–3297.

United States Court of Appeals, Federal Circuit.

Nov. 2, 2007.

Bohdan Senyszyn, pro se.

*ORDER*

The court's October 9, 2007 order having issued in error,

IT IS ORDERED THAT:

The order is withdrawn. The case, the motion to summarily affirm, and the motion to reopen, remain pending.